IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 89-cv-01154-RPM

UNITED STATES OF AMERICA and
UNITED STATES OF AMERICA *ex rel.* James S. Stone,

        Plaintiffs,

v.

ROCKWELL AUTOMATION, INC. and
BOEING NORTH AMERICAN, INC.,

        Defendants.
_____

ORDER DENYING PLAINTIFF'S MOTION TO SET SCHEDULE FOR APPLICATIONS
FOR ATTORNEYS' FEES AND EXPENSES
_____

    Upon review of the Plaintiff's Motion to Set Schedule for Applications for Attorneys' Fees and Expenses, filed January 9, 2006, the defendants' response, filed January 30, 2006, and the plaintiff's reply, filed February 8, 2006, it is

    ORDERED that the motion is denied.

    Dated: February 9, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge