IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 89-cv-01154-RPM

UNITED STATES OF AMERICA, *ex rel.*
VIRGINIA BELLE STONE, personal representative of
the Estate of JAMES S. STONE, and
UNITED STATES OF AMERICA,

                Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
BOEING NORTH AMERICAN, INC.,

                Defendants.
_____

ORDER AMENDING JUDGMENT PURSUANT TO REMAND
_____

       Pursuant to the direction of the Tenth Circuit Court of Appeals in the Order on Remand from the United States Supreme Court and the Judgment thereon, filed June 18, 2007, it is

       ORDERED that the amended judgment entered in this court on June 10, 1999, is amended by vacating the participation of James S. Stone, now Virginia Belle Stone, personal representative of the Estate of James S. Stone, from the award and it is

       FURTHER ORDERED that the claims of James S. Stone in Count 1 of the Amended Complaint are dismissed for lack of subject matter jurisdiction.

       Dated: June 20, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge