IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 89-cv-01154-RPM

UNITED STATES OF AMERICA, *ex rel.*
VIRGINIA BELLE STONE, personal representative of
the Estate of JAMES S. STONE, and
UNITED STATES OF AMERICA,

               Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
BOEING NORTH AMERICAN, INC.,

               Defendants.
_____

## ORDER FOR RESPONSE
_____

On February 29, 2008, counsel for Virginia Belle Stone as personal representative of the Estate of James S. Stone filed a pleading designated Notice of Intent to Proceed with Count Six of Amended Complaint. Considering that pleading as a motion to proceed, it is

ORDERED that the defendants will file a response on or before April 28, 2008.

Dated: March 28th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge