IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 89-cv-01154-RPM

UNITED STATES OF AMERICA, *ex rel.*
VIRGINIA BELLE STONE, personal representative of
the Estate of JAMES S. STONE, and
UNITED STATES OF AMERICA,

                Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
BOEING NORTH AMERICAN, INC.,

                Defendants.
_____

## ORDER TO PROCEED
_____

What was designated as Count Six of the Amended Complaint was not adjudicated before the death of the relator James S. Stone. On February 29, 2008, Hartley David Alley filed a Notice of Intent to Proceed with Count Six of Amended Complaint on behalf of Virginia Belle Stone, personal representative of the Estate of James S. Stone. Counsel other than Mr. Alley were permitted to withdraw from this civil action and this Court on March 28, 2008, ordered the defendants to respond to the pleading as a motion to proceed. On April 23, 2008, Mr. Alley filed an Amended Notice of Intent to Proceed with Count Six of Amended Complaint and on April 28, 2008, defendants filed a response to the relator's amended notice of intent to proceed with plutonium claim and a response was filed on May 2, 2008. Considering the position taken by the defendants in their response, including the suggestion that a claim under

the False Claims Act may not survive the death of the relator and to conform to recognized procedural regularity, it is

ORDERED that the defendants will file a motion for summary judgment under Fed.R.Civ.P. 56 to raise their contentions regarding the viability of Count Six of the Amended Complaint on or before February 27, 2009.

Dated: February 2nd, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge