IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 89-cv-01154-RPM

UNITED STATES OF AMERICA *ex rel.*
VIRGINIA BELLE STONE, personal representative of
The Estate of JAMES S. STONE, and
UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROCKWELL AUTOMATION, INC. and
BOEING NORTH AMERICAN, INC.,

       Defendants.

---

**ORDER GRANTING
UNOPPOSED MOTION TO WITHDRAW OF STEVEN D. PLISSEY**

---

Upon consideration of the Unopposed Motion to Withdraw of Steven D. Plissey, it is

ORDERED that the motion is granted and Steven D. Plissey has no further responsibility

as counsel for Defendants in this matter and his electronic service is terminated in this case.

DATED: February 5th, 2009.

       s/Richard P. Matsch

       _____
       Hon. Richard P. Matsch, Senior Judge